[L. A. No. 5029. In Bank.—June 11, 1917.]

CITY OF PASADENA (a Municipal Corporation), et al., Petitioners, v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, Respondent.

PUBLIC UTILITIES—RAILROAD CROSSINGS IN MUNICIPALITIES—JURISDICTION OF RAILROAD COMMISSION.—Application for a writ of mandate dismissed on the authority of *Civic Center Assn. of Los Angeles* v. *Railroad Commission, ante*, p. 441.

APPLICATION for a Writ of Mandate directed to the Railroad Commission of the State of California.

The facts are similar to those stated in the opinion of the court in *Civic Center Assn. of Los Angeles* v. *Railroad Commission, ante,* p. 441, [166 Pac. 351].

John Munger, Alfred Barstow, S. O. McFadden, William Hazlett, and Wm. B. Bosley, for Petitioners.

Douglas Brookman, and Max Thelen, for Respondent.

Albert Lee Stephens, and Charles S. Burnell, as *Amici Curiae*, in Opposition to the Writ.

THE COURT.—This is a proceeding in mandamus. It is in all respects identical with the case entitled *Civic Center Assn. of Los Angeles* v. *Railroad Commission* (L. A. 5028), *ante*, p. 441, [166 Pac. 351], this day decided, except that the plaintiffs here are the cities of Pasadena, Alhambra, San Gabriel, and South Pasadena, each of which claims a sufficient interest to maintain the proceeding. All other questions, save their right to sue in that behalf, are discussed and decided in the other case. No private right is in issue. The question of their right to maintain such a proceeding is not of itself of enough importance here to justify this court, burdened as it is with the press of real cases, in taking time to consider it.

The proceeding is dismissed.